UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
MILES MERTENS, WISCONSIN LABORERS
DISTRICT COUNCIL, and WISCONSIN ENTRY OF DEFAULT
LABORERS-EMPLOYERS COOPERATION
AND EDUCATION TRUST FUND, 08-cv-088-bbc

Plaintiffs,

v.

C.G.R., LTD.,

Defendant.

---

Plaintiffs request that the clerk of court enter default against defendant C.G.R., Ltd., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant C.G.R., Ltd., has failed to appear, plead, or otherwise defend, the default of defendant C.G.R., Ltd., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 24th day of April, 2008.

/s/
Theresa M. Owens
Clerk of Court